CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 23-00003 LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF PENDENCY OF |
| | ) | ACTION; EXHIBIT "A" |
| vs. | ) | |
| | ) | |
| MARTIN KAO, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

NOTICE OF PENDENCY OF ACTION

Pursuant to § 501-151 of the Hawaii Revised Statutes, notice is hereby given that Plaintiff United States of America has commenced a criminal action in the above-entitled court against defendant MARTIN KAO.  Upon the conviction of defendant MARTIN KAO for committing bank fraud (in violation of 18 U.S.C. §

1344(2)), the United States shall seek to forfeit certain real property owned by defendant MARTIN KAO, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, as property, real or personal, which constitutes or is derived from proceeds traceable to a violation of any offense constituting a "specified unlawful activity" (as defined in 18 U.S.C. § 1956(c)(7)) – and including violations of 18 U.S.C. § 1344 – or a conspiracy to commit such an offense. The property is more fully described in Exhibit "A" attached hereto and incorporated herein by reference.

The latest conveyance of record with reference to the property is found at the Bureau of Conveyances of the State of Hawaii as Document No. T11137027.  The names of the persons whose interest are intended to be affected are Martin Yue-Shan Kao and Tiffany Jennifer Lam.

DATED:  Honolulu, Hawaii, January 5, 2023.

CLARE E. CONNORS
United States Attorney
District of Hawaii

By  /s/ Craig S. Nolan
   CRAIG S. NOLAN
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

EXHIBIT "A"

All of that certain parcel of land situate at Waialae-nui, Honolulu, City and County of Honolulu, State of Hawaii, described as follows:

LOT 2, area 0.346 acre, more or less, as shown on Map 2, filed in the Office of the Assistant Registrar of the Land Court of the State of Hawaii (herein called the "Office") with Land Court Application No. 828 of the Trustees under the Will and of the Estate of Bernice Pauahi Bishop, deceased.

Being the premises acquired by Warranty Deed dated December 31, 2018, granted to PRECIOUS LAND INC, a Japan corporation, filed in said Office as Land Court Document No. T-10608020, and being land(s) described in TRANSFER CERTIFICATE OF TITLE NO. 1,170,154.

SUBJECT HOWEVER, to the following:

1. Mineral and water rights of any nature.

2. SETBACK (8 feet wide), for future road widening purposes, contained in DEED dated November 6, 1989, filed in said Office as Land Court Document No. 1687556, described in Land Court Document No. 397904, filed in said Office.

3. SETBACK (25 feet wide), for building purposes, contained in DEED dated November 6, 1989, filed in said Office as Land Court Document No. 1687556, described in Land Court Document No. 397904, filed in said Office.

4. The terms and provisions contained in the DECLARATION OF PROTECTIVE PROVISIONS dated February 5, 1982, filed in said Office as Land Court Document No. 1103430, and recorded in the Bureau of Conveyance of the State of Hawaii (herein called the "Bureau") in Liber 16149, Page 332.

5. The terms and provisions contained in the ENCROACHMENT AGREEMENT dated March 1, 1995, filed in said Office as Land Court Document No. 2223936, by and between HIRO PACIFIC CORPORATION, a Hawaii corporation, "Hiro Pacific", and YOUNG KI PAIK, Trustee under that certain unrecorded Trust Agreement known as the Young Ki Paik Revocable Trust dated June 17, 1980, "Paik".

9

      6.    The terms and provisions contained in the DECLARATION OF RESTRICTIVE COVENANTS dated September 14, 1999, recorded in said Bureau as Document No. 2000-097828.

      (Not noted on Transfer Certificate(s) of Title referred to herein)

      7.    Utility box as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

      8.    Structure position discrepancies as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

      9.    Encroachment(s) as referenced on the survey map prepared by Wesley T. Tengan, Land Surveyor, dated December 31, 2018, revised January 7, 2019.

      TOGETHER, ALSO, WITH all built-in furniture, attached existing, fixtures, built-in appliances, electrical, gas and plumbing fixtures/systems, attached carpeting, air conditioner-central, cable TV outlet, dishwasher, disposal, dryer, existing window coverings, microwave, pool equipment (all), range hood, range w/oven, refrigerator, security alarm system, smoke detectors, sprinklers-exterior, washer, water heater, auto garage door opener, chandelier, gas grill, all of said personal property being situate in or used in connection with the above described real property.