IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARTIN KAO,<br><br>　　　　　　Defendant. | CR. NO. 23-00003 LEK<br><br>CRIMINAL SCHEDULING ORDER |

**CRIMINAL SCHEDULING ORDER**

Pursuant to Criminal Local Rule 2.1 and the Second Stipulation Continuing Trial Date and Excluding Time Under the Speedy Trial Act, ECF No. 14, IT IS HEREBY ORDERED:

(1) The jury selection and trial are set for March 25, 2024, at 9:00 a.m. before United States District Judge Leslie E. Kobayashi.

(2) A trial conference is set for February 5, 2024, at 1:30 p.m.

(3) Motions, other than motions in limine, are due on February 12, 2024, and responses are due on February 20, 2024.

(4) When so requested by either the United States or a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the party(s) must make expert witness disclosures in accordance with the requirements of Fed. R. Crim.

16(a)(1)(G) and Fed. R. Crim. P. 16(b)(1)(C), at the time(s) and in the sequence as ordered by the Court.  Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

      a.    On or before February 9, 2024.

      b.    If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before March 10, 2024.

(5)    The United States shall file on or before February 20, 2024, a notice in writing of its intent to use other acts evidence pursuant to Federal Rule of Evidence 404(b).

(6)    Motions in limine are due on March 4, 2024, and oppositions are due on March 11, 2024.

(7)    Exhibit lists shall be filed on or before March 4, 2024.

(8)    The parties shall meet and confer and file Stipulations to the Authenticity/Admissibility of Proposed Exhibits on or before March 4, 2024.

(9)    Witness lists shall be filed on or before March 4, 2024.

(10)    The parties shall meet and confer and file Joint Jury Instructions, in accordance with Fed. R. Crim. P. 30 and District of Hawaii Local Rule 51.1, on or before March 11, 2024.

(11)    A joint trial presentation statement is due January 29, 2024.

(12)   Trial briefs shall be filed on or before March 11, 2024.

(13)   The parties are to exchange exhibits and demonstrative aids by on or before March 22, 2024.

(14)   The parties are to provide the Courtroom Manager with exhibits (original and two copies) by on or before March 21, 2024.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, August 16, 2023.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

CRIMINAL SCHEDULING ORDER
*United States v. Kao*; CR23-00003. No. LEK