# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 23-00003 LEK |
| Plaintiff, | |
| vs. | CRIMINAL SCHEDULING ORDER |
| MARTIN KAO, | |
| Defendant. | |

## CRIMINAL SCHEDULING ORDER

Pursuant to Criminal Local Rule 2.1 and the Third Stipulation continuing Trial Date and Excluding Time Under the Speedy Trial Act, ECF No. 17, IT IS HEREBY ORDERED:

(1) The jury selection and trial are set for May 13, 2024, at 9:00 a.m. before United States District Judge Leslie E. Kobayashi.

(2) A trial conference is set for March 5, 2024, at 1:30 p.m.

(3) Motions, other than motions in limine, are due on April 1, 2024, and responses are due on April 15, 2024.

(4) When so requested by either the United States or a defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G)(i) and 16(b)(1)(C)(i), the party(s) must make expert witness disclosures in accordance with the requirements of Fed. R. Crim.

16(a)(1)(G) and Fed. R. Crim. P. 16(b)(1)(C), at the time(s) and in the sequence as ordered by the Court.  Absent a stipulation or court order, the time to disclose expert witnesses is as follows:

      a.    On or before March 29, 2024.

      b.    If the evidence is intended solely to contradict or rebut evidence on the same subject matter identified by another party under Fed. R. Crim. P. 16(a)(1)(G) or 16(b)(1)(C), on or before April 29, 2024.

(5)    The United States shall file on or before April 8, 2024, a notice in writing of its intent to use other acts evidence pursuant to Federal Rule of Evidence 404(b).

(6)    Motions in limine are due on April 22, 2024, and oppositions are due on April 29, 2024.

(7)    Exhibit lists shall be filed on or before April 22, 2024.

(8)    The parties shall meet and confer and file Stipulations to the Authenticity/Admissibility of Proposed Exhibits on or before April 22, 2024.

(9)    Witness lists shall be filed on or before April 22, 2024.

(10)    The parties shall meet and confer and file Joint Jury Instructions, in accordance with Fed. R. Crim. P. 30 and District of Hawaii Local Rule 51.1, on or before April 29, 2024.

(11)    A joint trial presentation statement is due March 18, 2024.

(12)   Trial briefs shall be filed on or before April 29, 2024.

(13)   The parties are to exchange exhibits and demonstrative aids by on or before May 10, 2024.

(14)   The parties are to provide the Courtroom Manager with exhibits (original and two copies) by on or before May 9, 2024.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, January 18, 2024.



 /s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

CRIMINAL SCHEDULING ORDER
*United States v.*; Cr. No.  LEK