CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail:   Craig.Nolan@usdoj.gov

Attorneys of Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 21-00061 LEK |
| | ) CR. NO. 23-00003 LEK |
| Plaintiff, | ) |
| | ) UNITED STATES' SENTENCING |
| vs. | ) STATEMENT; CERTIFICATE OF |
| | ) SERVICE |
| MARTIN KAO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNITED STATES' SENTENCING STATEMENT**

The government has no objections or additions to the Draft Presentence Report dated June 12, 2024 in the above-captioned matters.  The government

reserves the right to reply to any proposed amendments, modifications, or additional information offered by Defendant Martin Kao.

DATED:  June 27, 2024, at Honolulu, Hawaii.

                                        Respectfully submitted,

                                        CLARE E. CONNORS
United States Attorney
District of Hawaii

By /s/ Craig S. Nolan
   CRAIG S. NOLAN
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via CM/ECF:

    Victor J. Bakke, Esq.
    Attorney for Defendant Martin Kao (CR 21-00061 LEK)

    Melinda K. Yamaga, Esq.
    Attorney for Defendant Martin Kao (CR 23-00003 LEK)

Served via email:

    Sara Nieling
    Sara_Nieling@hip.uscourts.gov
    United States Probation Officer

DATED:   June 27, 2024, at Honolulu, Hawaii

                                              /s/ Craig S. Nolan
                                              U.S. Attorney's Office
                                              District of Hawaii