> **NOTICE:**
> **THIS DOCUMENT IS FILED WITH REDACTIONS**
> **PURSUANT TO CRIMINAL L.R. 32.2(e)**

SALINA M. KANAI  #8096
Federal Public Defender
District of Hawaiʻi

MELINDA K. YAMAGA #9246
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       Melinda_Yamaga@fd.org

Attorney for Defendant
MARTIN KAO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 23-00003 LEK |
| Plaintiff | DEFENDANT'S SENTENCING MEMORANDUM; EXHIBIT "A"; CERTIFICATE OF SERVICE |
| vs. | |
| MARTIN KAO, | [REDACTED] |
| Defendant. | Date:  February 13, 2025<br>Time:  1:30 PM<br>Judge:  Leslie E. Kobayashi |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff<br><br>　vs.<br><br>MARTIN KAO,<br><br>　　　　Defendant. | ) CR. NO. 23-00003 LEK<br>)<br>) DEFENDANT'S SENTENCING<br>) MEMORANDUM<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S SENTENCING MEMORANDUM**

　　　　The contours of Martin Kao's representation are a bit unusual in that he has two cases with separate counsel, and yet the conduct for both is grouped together for sentencing purposes. This sentencing memorandum will discuss Mr. Kao's background and history, but for case-related discussions, it will focus on the criminal conduct described in Cr. No. 23-00003 LEK regarding falsifying documents to obtain a mortgage loan. That the criminal conduct had minimal negative impact on the victim, that the criminal conduct did not impact the guideline determination, and the seriousness of the collateral consequences Mr. Kao experienced, together, provide a sufficient basis for the Court to conclude that no additional imprisonment is warranted for this case. Moreover, Mr. Kao has demonstrated remorse and a profound understanding of his immoral behavior. This, too, supports a conclusion that no additional imprisonment is necessary to meet the purposes of sentencing.

## **Background and Characteristics**

### **The Bones are Good**

Martin has had substantial role models in his life who taught him how to work hard and overcome hardship. Martin was born in Taipei, Taiwan, and when he was four years old his parents followed Martin's aunt to the United States, who had first made her way here looking for a better life. His early memories of the United States were growing up in the Bay Area, primarily San Francisco and Sacramento. His parents owned a liquor store and convenience store, and the family lived above it. They were poor, very poor, such that Martin's childhood was replete with the pangs of poverty. His father, who has a master's degree in engineering from Taiwan, was later able to find work at a company called Cable Data. His mom, too, found employment that would lead to stability for their family. Martin also contributed to the family by working at fast food restaurants when he was in high school. These experiences provided crucial lessons to Martin about the importance of working hard, and notably he saw that such hard work can lead to success.

Certainly, as a young adult, Martin understood this and exemplified these attributes. Martin's brother-in-law, Chris Michael T. Lam[1], has known Martin since he was in his 20s and was dating Chris' sister, Tiffany (Martin's current wife). He describes how Martin had humble roots, driving an "old beat-up green truck" and doing his laundry at the laundromat. Exhibit A, 001. Martin was handy and could

---

[1] Martin has two brothers-in-law with almost identical names: Chris Lam and Chris Michael T. Lam.

repair things around the house. *Id*. Martin generously provided his knowledge, time, and effort to the family house so they could fix some of its run-down aspects while saving money. *Id*. Martin's commitment to Tiffany and their family is evident, but especially so when, as a newly married couple, they opted to live with Tiffany's mother. *Id*. Martin's other brother-in-law, Chris Lam, similarly describes how he remembers Martin some twenty years ago. Exhibit A, 003. There is no doubt that Martin understands the meaning of working hard and is a fiercely loyal provider for his family. Similarly, to be able to rise from the circumstances of his childhood proves that he is tenacious and driven.

These attributes afforded him respect, a wife that loves him, and in-laws who are as close to him as if related by blood. Even though he later applied these attributes to acquire wealth and power through immoral methods, that his foundation is solid and he has the tools to be successful through legitimate means bodes well for his future, especially if there are assurances that he has learned a lifelong lesson from these prosecutions.

**Lessons Learned**

Since his arrest in 2020, Martin has taken concrete steps which demonstrate he is serious about getting back to this good foundation. First, working at The Cheesecake Factory as a line cook for two years is certainly commendable and a clear indication that he understands he needed to make dramatic changes in his life. It is worth noting that all individuals allowed to be in the community while their cases are pending are expected to find employment if able to do so. Not all,

however, comply. Martin did. And he did so in an impressive fashion. He did not try to just barely comply, he did not complain that the work was beneath him, and at 50 years old, he did not shy away from a job that was physically demanding. As Cody Thomas, The Cheesecake Factory Waikiki Executive Kitchen Manager, describes, he had little expectations for Matin. "To be blunt, people like him do not and cannot survive doing one of the most demanding and difficult tasks in one of the busiest restaurants in the world." Exhibit A, 006. But Martin didn't just not fail, he thrived. "He humbly embraced any and every task we requested of him. Even beyond cooking, he would work off hours helping to do general maintenance around the restaurant. . . . His humility and work ethic has been an admirable quality in our restaurant that is not often seen." *Id*. That he indeed used the time on pretrial release to genuinely reflect on what matters in this world and did not act like he was better than anyone is evident in the kind words from his Cheesecake Factory peers. Cheyenne, a coworker, jokingly encourages him by reminding him that he can survive anything his future holds because he's made it through some of the worst days already, the days they endured together filled with "all the omelettes." *Id*. 007.  Martin did not simply pay lip service to his pretrial condition to work; he utilized this opportunity to remind himself of the things that matter most in this world which is his family and honesty, not a life in pursuit of wealth or power.

███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████

4





Indeed, Martin lost his way and illegally sought power and wealth, but since his arrest he has taken stock of what matters and has done so much to prove to himself and others that the 20-year-old Martin willing to pitch for the right reasons and lends a hand when someone needs it is still in him.

There are several tangible negative consequences Martin has already suffered because of his criminal conduct. He has no hopes of returning to a job in the field for which he is educated in and has experience in. He has likely lost the ability to work in any high-power capacity. Instead, in his 50s, he must start anew in establishing himself. Martin talks extensively about the shame and pain he has caused those he loves the most and how that is one of the biggest consequences for his actions. He recognizes that he probably does not deserve their love and loyalty; he regrets so much of what he has done because of that palpable consequence. All of this suggests, for the fraudulent documents he submitted in applying for his mortgage, there need not be any additional imprisonment.

## Offense Conduct

### Not All Crimes Are Created Equal

When a crime is committed, there is always harm. Discussing the relative harm in this case should not be taken as undermining that core principle, nor diminishing the importance of following the law. That Martin understands his wrongdoing, as discussed thoroughly above, is crystal clear. To recap, he has pleaded guilty, expressed remorse, and conducted himself in a lawful, humble way since his arrest in this case. It is still appropriate advocacy and appropriate for the Court to consider the relative level of harm this case has caused. It is relatively attenuated, especially in terms of financial crimes which often impact victims in catastrophic ways. In this case, the primary harm that was inflicted is the expenses the bank incurs to combat fraud and with litigation in recouping its money. Moreover, it cannot be denied that such expenses are often passed on to the consumer such that the public is negatively impacted.

These consequences, however, are further attenuated by the facts of this case. First, it is not clear that Martin would not have qualified for this mortgage if he had submitted accurate documents. That determination was never made during this investigation because the bank did not analyze whether the fraudulent documents submitted were material to the loan; instead it said they were considered and any fraudulent document would be a disqualification to receiving a loan.[2] PSR ¶ 56.

---

[2] The PSR indicates it is aggravating that Martin received a mortgage for which he was not entitled to, but this was not established in the investigation. Given Martin's salary at the time, and that the balance in his investment accounts at the

7

Second, since the mortgage was issued in June 2020, a conservative estimate is that $400,000 in payments were made to the bank. Finally, the bank will likely be first in line as a secured creditor when it comes time to recoup funds from the sale of the home, which is valued far in excess of the loan. That is, unlike most fraud cases, the victim (bank) will likely be made whole. While Martin's conduct was certainly symptomatic of his immoral mindset during that period in his life, it has not caused substantial harm.

For the reasons set forth in this memorandum, as well as what will be argued at his sentencing hearing, the defense submits that no further incarceration in this case is appropriate.

DATED: Honolulu, Hawai'i, February 7, 2025.

    /s/ Melinda K. Yamaga
MELINDA K. YAMAGA
Attorney for Defendant
MARTIN KAO

---

end of 2019 were sufficient to collateralize the loan, it seems likely Martin would have qualified for the loan regardless of the fraudulent documents.