## **CERTIFICATE OF SERVICE**

MELINDA K. YAMAGA hereby certifies that a true and correct copy of the foregoing will be served on the following by e-mail on February 7, 2025.

CRAIG S. NOLAN
Assistant United States Attorney
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96850

Attorney for Plaintiff
UNITED STATES OF AMERICA

SARA NIELING
United States Probation Officer
300 Ala Moana Boulevard, Room 2300
Honolulu, Hawaiʻi 96850


DATED:  Honolulu, Hawaii, February 7, 2025.


                             /s/ Melinda K. Yamaga
                             MELINDA K. YAMAGA
                             Attorney for Defendant
                             MARTIN KAO