KENNETH M. SORENSON
Acting United States Attorney
District of Hawaii

CRAIG S. NOLAN
Assistant U.S. Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Emails:     craig.nolan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR No. 23-00003 LEK |
|---|---|---|
| | ) | |
| Plaintiff, | ) | ORDER OF FORFEITURE |
| | ) | (MONEY JUDGMENT) |
| v. | ) | |
| | ) | |
| MARTIN KAO, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF FORFEITURE (MONEY JUDGMENT)

WHEREAS an Indictment was filed on January 5, 2023, charging defendant Martin Kao with one count of bank fraud in violation of 18 U.S.C. § 1344; and

WHEREAS, on or about April 5, 2024, without a plea agreement, defendant Martin Kao pled guilty to the Indictment; and

WHEREAS, pursuant to 18 U.S.C. § 982(a)(2), a person convicted of a violation of 18 U.S.C. § 1344, shall forfeit to the United States any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of such violation; and

WHEREAS Rule 32.2(b)(2)(C) of the Federal Rules of Criminal Procedure provides that, in cases where the court cannot calculate the total amount of the money judgment prior to sentencing, the court may issue an order of forfeiture describing the property in general terms, subject to amendment pursuant to Rule 32.2(e)(1) of the Federal Rules of Criminal Procedure when the amount of the money judgment has been calculated; and

WHEREAS the Court has considered the defendant's plea of guilty, other evidence already in the record, and any additional evidence submitted by the parties; and

WHEREAS the United States is entitled to a forfeiture money judgment, pursuant to 18 U.S.C. § 982(a)(2), of property that constitutes or is derived from

proceeds obtained from the bank fraud to which defendant Martin Kao has pled guilty; and the Court so finds; and

WHEREAS, pursuant to the Indictment and 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 982(b), it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture if, as a result of any act or omission of the defendant, any property subject to forfeiture:

(A)   cannot be located upon the exercise of due diligence;

(B)   has been transferred or sold to, or deposited with, a third party;

(C)   has been placed beyond the jurisdiction of the court;

(D)   has been substantially diminished in value; or

(E)   has been commingled with other property which cannot be divided without difficulty; and

WHEREAS Rule 32.2(c)(1) of the Federal Rules of Criminal Procedure provides that no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment; and

WHEREAS good and sufficient cause has been shown,

It is hereby ORDERED, ADJUDGED, AND DECREED:

THAT, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Order shall become final as to defendant Martin Kao on the date it is entered by the Court, and it shall be made part of the sentence of defendant

Martin Kao and shall be included in the judgment of conviction of defendant Martin Kao; and

THAT, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b) of the Federal Rules of Criminal Procedure, defendant Martin Kao shall forfeit to the United States any property constituting, or derived from, proceeds defendant Martin Kao obtained directly or indirectly, as the result of the violation of 18 U.S.C. § 1344 to which defendant Martin Kao has pled guilty; and

THAT, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, upon entry of this Order, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate, or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents, and issuance of subpoenas; and

THAT pursuant to Rules 32.2(b)(2)(C) and (e)(1) of the Federal Rules of Criminal Procedure, the United States may move at any time to amend this preliminary order of forfeiture when the United States is prepared to establish the actual amount of a money judgment, by a preponderance of the evidence, including but not limited to the forfeitable amount based on the appreciation of 4902 Kahala Avenue, Honolulu, Hawaii (property purchased with the proceeds of the violation of 18 U.S.C. § 1344 to which defendant has pled guilty) and any rental income from such property; and

5

THAT any such motion filed pursuant to Rule 32.2(e)(1) to amend this order shall be served upon defendant Martin Kao who shall have an opportunity to respond before any amendment to this order is entered by the court; and

THAT this Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

ORDERED this 12th day of February 2025, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
Senior U.S. District Judge

USA v. Martin Kao; Criminal No. 23-00003 LEK; "Order of Forfeiture (Money Judgment)"